Eric L. Toscano, Esq. (SBN 268235)
eric@tenantlawgroupsf.com
Palomar Sanchez, Esq. (SBN 277060)
palomar@tenantlawgroupsf.com
TENANT LAW GROUP, PC
649 Mission Street, 5th Floor
San Francisco, CA 94105-4128
Tel: (888) 510-7511
Fax: (888) 376-1662

Attorneys for Plaintiff WOO JA IM DHONG PANETTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WOO JA DHONG PANETTE, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>FILLMORE CENTER ASSOCIATES, LP, A California Limited Partnership; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 17-CV-07036-MEJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SEEK LEAVE TO AMEND PLEADINGS** |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the parties attended an Initial Case Management Conference before the Magistrate Judge Maria-Elena James on March 15, 2018.

**WHEREAS**, the Court issued a Case Management Order ("Order") on March 21, 2018, setting certain deadlines. No trial date is scheduled.

**WHEREAS**, the Order referred the parties to an early settlement conference before a magistrate judge, and to be completed by the end of July 2018.

**WHEREAS**, the Order also set August 20, 2018, as the deadline to seek leave to amend pleadings.

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO SEEK LEAVE TO AMEND PLEADINGS

**WHEREAS**, the early settlement conference was initially scheduled for July 20, 2018, before the Magistrate Judge Kandis A. Westmore.

**WHEREAS**, on July 12, 2018, Defendant requested a continuance of the early settlement conference, and the Court rescheduled the early settlement conference to August 13, 2018. The conference was completed.

**WHEREAS**, Tenant Law Group, PC has recently been retained as counsel, has provided Defendant with a copy of the proposed amended complaint adding new defendants and causes of action, and seeks an order extending the deadline for leave to amend the pleadings.

**WHEREAS**, Defendant has agreed to extend the deadline for leave to amend by two weeks to allow Defendant time to review the amended complaint.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that the Court issue an order extending the deadline to seek leave to amend the pleadings from September 4, 2018, to September 18, 2018.

DATED: August 31, 2018

Respectfully submitted,
TENANT LAW GROUP, PC

_____
Palomar Sanchez, Esq.
Attorney for Plaintiff WOO JA DHONG PANETTE

DATED: _____

Respectfully submitted,
SEYFARTH SHAW LLP

_____
Eden Anderson, Esq.
Attorney for Defendant FILLMORE CENTER ASSOCIATES, LP

I, Palomar Sanchez, attest that I have obtained concurrence from Eden Anderson in the filing of this Stipulation. *See* N.D. Cal. General Order 45 § 10(B).

## **ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the deadline to seek leave to amend the pleadings is extended to September 18, 2018, from September 4, 2018.

IT IS SO ORDERED.

Dated: August 31, 2018

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE